

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00347-CV

| | | |
|---|---|---|
| ROSANNA SILVERIO AND ALVIN GREEN, Appellants | § | On Appeal from the 367th District Court |
| | § | of Denton County (19-1706-367) |
| V. | | |
| | § | August 20, 2020 |
| TRADITIONAL HERITAGE VILLAGE HOMEOWNERS ASSOCIATION, INC. A/K/A HERITAGE VILLAGE, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We reverse that portion of the trial court's judgment that awards attorney's fees and remand this case to the trial court for a determination of a reasonable and necessary attorney's fee

award consistent with this opinion. We affirm the remainder of the trial court's judgment.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach